No. 316. MURPHY *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court

of Appeals for the Third Circuit denied. *Mr. Wm. A. Gray* for petitioner. *Solicitor General Hughes* and *Mr. John J. Byrne* for the United States.